United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9
10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  LEANDRO HERNANDEZ,                     No. C 11-3122 JSW (PR)
12           Petitioner,                   **ORDER OF DISMISSAL**
13     v.
14  R. MARTEL, Warden,
15           Respondent.
16  _____/

17      Petitioner, a state prisoner currently incarcerated at San Quentin State Prison, has
18  filed a second or successive petition for a writ of habeas corpus pursuant to 28 U.S.C. §
19  2254. *See Hernandez v. Runnels*, No. 03-4071 JSW (N.D. Cal.). A second or successive
20  petition may not be filed in this court unless petitioner first obtains from the United
21  States Court of Appeals for the Ninth Circuit an order authorizing this Court to consider
22  the petition. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not sought or obtained such
23  an order from the Ninth Circuit. The petition is accordingly DISMISSED without
24  prejudice to refiling if Petitioner obtains the necessary order.
25      Rule 11(a) of the Rules Governing Section 2254 Cases now requires a district
26  court to rule on whether a Petitioner is entitled to a certificate of appealability in the
27  same order in which the petition is decided. Petitioner has failed to make a substantial
28  showing that a reasonable jurist would find this Court's denial of his claim on procedural

1  grounds debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).
2  Consequently, no certificate of appealability is warranted in this case.
3      The Clerk shall enter judgment and close the file.
4      IT IS SO ORDERED.
5  DATED: August 24, 2011

                JEFFREY S. WHITE
                United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANDRO HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. MARTEL et al,<br><br>　　　　Defendant. | Case Number: CV11-03122 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leandro Hernandez #:P-93277
San Quentin State Prison
2-N-77U
San Quentin, CA 94974

Dated: August 24, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk